UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al,<br><br>                              Plaintiffs,<br><br>vs.<br><br>JOHN DOES 1-2,<br><br>                              Defendants. | Case No. 2:14-cv-01369-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR DISCOVERY**<br><br>(Docket No. 6) |

      Pending before the Court is Plaintiffs' motion for expedited discovery. Docket No. 6. In particular, Plaintiffs seek an order allowing them to subpoena Instagram, Inc. in order to identify John Does 1 and 2. *See id.* at 2. The Ninth Circuit has held that where the identity of the defendants is unknown prior to the filing of a complaint, the plaintiff should be given an opportunity through discovery to identify the unknown defendant, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds. *See Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999) (citing *Gillespie v. Civiletti*, 629 F.2d 637, 642 (9th Cir. 1980)). For good cause shown, the Court will **GRANT** the motion. Plaintiffs will have 30 days (*i.e.*, by November 26, 2014) to discover the actual names of the Doe Defendants through discovery, and file a request to amend the complaint to provide the actual names of the Doe Defendants.

      Dated: October 27, 2014

                                                                                                              NANCY J. KOPPE<br>
                                                                                                              UNITED STATES MAGISTRATE JUDGE