# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN DOES 1-2, <br><br> Defendants. | Case No. 2:14-cv-01369-JCM-NJK <br><br> **ORDER GRANTING MOTION FOR EXTENSION** <br><br> (Docket No. 10) |

Pending before the Court is Plaintiffs' motion to extend the period for discovery into the identity of the Doe Defendants. Docket No. 10. For good cause shown, the Court will **GRANT** the motion. Plaintiffs will have an additional 30 days (*i.e.*, by December 29, 2014) to discover the actual names of the Doe Defendants, and file a request to amend the complaint to provide the actual names of the Doe Defendants.

Dated: November 26, 2014

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE